UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DISCLOSURE STATEMENT <u>PURSUANT TO F.R.Cr.P. 12.4</u> |
| - v. - | : | 05 Cr. 04 (WHP) |
| WILLIAM P. GENOVESE, JR.,     a/k/a "illwill,"     a/k/a "xillwillx@yahoo.com," | : : | |
| Defendant. | : | |

--------------------------------------------------------x

Pursuant to Federal Rule of Criminal Procedure 12.4, the Government respectfully submits this disclosure statement regarding organizational victims of the criminal activity charged in this case. To the extent the Government through due diligence has been able to obtain such information, the Government believes that Microsoft Corporation (NASDAQ:MSFT) ("Microsoft") is an organizational victim in this case, that Microsoft does not have a parent corporation and that no publicly-held corporation owns 10% or more of Microsoft's stock.

Dated: New York, New York
      January 4, 2005

                                          Respectfully submitted,

                                          DAVID N. KELLEY
                                          *United States Attorney for the*
                                              *Southern District of New York*
                                          *Attorney for the United States*
                                              *of America*

                            By:   <u> /s/                        </u>
                                    Alexander H. Southwell
                                    Assistant United States Attorney
                                    212-637-2417