

FEDERAL DEFENDER DIVISION • APPEALS BUREAU

52 DUANE STREET - 10TH FLOOR  NEW YORK, N.Y. 10007  TEL: (212) 417-8742  FAX: (212) 571-0392

Daniel L. Greenberg
*President and
Attorney-in-Chief*

*Federal Defender Division*
Leonard F. Joy
*Attorney-in-Charge*

*Appeals Bureau*
Barry D. Leiwant
*Attorney-in-Charge*

MAR 02 2005

March 1, 2005

By Hand
Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-2-05

Re: <u>United States v. William Genovese</u>
    05 Cr. 00004 (WHP)

Dear Judge Pauley:

I write on behalf of my client, William Genovese, to request a two-week adjournment of the deadline for defendant's motion to dismiss the indictment, which is currently due March 4, 2005, with a corresponding shift in the remainder of the briefing schedule. I was on trial last week before the Honorable Robert P. Patterson, and believe that the additional time is needed in order to prepare defendant's motion papers. I have spoken with Assistant United States Attorney Alexander Southwell who consents to this request. If this request is granted, defendant's motion would be due on March 18; the government's opposition papers would be due on April 8th; and defendant's reply papers would be due on April 15th.

If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

It is ORDERED that counsel to whom this Order is sent is responsible for faxing a copy to all counsel and retaining verification of such in the case file. Do not fax such verification to chambers.

Respectfully submitted,

Sean Hecker
Attorney for Mr. Genovese
Tel.: (212) 417-8737

Application GRANTED
March 2, 2005

SO ORDERED:

HONORABLE WILLIAM H. PAULEY III
United States District Judge

cc: Alexander H. Southwell
    Assistant United States Attorney