```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
UNITED STATES OF AMERICA,          :     NOTICE OF MOTION

          v.                       :     05 Cr. 00004 (WHP)

WILLIAM GENOVESE,                  :

               Defendant.          :
-----------------------------------X
```

**PLEASE TAKE NOTICE,** that upon the accompanying (1) Declaration of **SEAN HECKER, ESQ.** and (2) Memorandum of Law, the defendant herein, **WILLIAM GENOVESE,** will move this Court, before the Honorable William H. Pauley, United States District Judge for the Southern District of New York, on a date to be determined, for an Order, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, dismissing the Indictment and granting such other relief as the Court may deem just and proper.

Dated:   New York, New York
         March 16, 2005

                              Respectfully submitted,

                              **LEONARD F. JOY, ESQ.**
                              The Legal Aid Society
                              Federal Defender Division

                    By: _____
                              **SEAN HECKER, ESQ.**
                              Attorney for Defendant
                                **WILLIAM GENOVESE**
                              52 Duane Street, 10th Floor
                              New York, New York 10007
                              Tel.: (212) 417-8737

TO:  **DAVID N. KELLEY, ESQ.**
     United States Attorney
     Southern District of New York
     One St. Andrew's Plaza
     New York, New York 10007
     Attn: **ALEXANDER SOUTHWELL, ESQ.**
     Assistant United States Attorney