



MAR 30 2005

CHAMBERS OF
WILLIAM H. PAULEY ...
U.S.D.J.

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2005

*Application Granted.*

**BY FACSIMILE**

**SO ORDERED:**

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

WILLIAM H. PAULEY III U.S.D.J.

Re:   United States v. William P. Genovese, Jr.,
       05 Cr. 04 (WHP)

USDC/SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   4-9-05

Dear Judge Pauley:

The Government respectfully submits this letter to request, with the consent of the defendant, a one-week adjournment in the deadline for the Government's response to defendant's motion to dismiss. Originally, defendant's brief was due on March 4th, but in an order dated March 2, 2005, the Court granted defendant's request for a two-week adjournment. Defendant timely served his motion on March 18th. Unfortunately, the March 2nd order adjourning the schedule set the deadline for the Government's opposition as April 8th, during which time I will be on vacation. I had been trying to finish the brief before this Friday, when I go on vacation, but due to the press of other matters, I have not been able to. Accordingly, the Government respectfully requests a one week adjournment – until April 15th – to file its opposition to the motion to dismiss. That would move the defendant's reply, if any, to April 22nd, which is the same day of our scheduled oral argument and conference. If the Court prefers not to hold the oral argument and conference on that same day, please advise us and we can make ourselves available at the Court's convenience.

Honorable William H. Pauley III
March 30, 2005
Page 2


      I spoke with Sean Hecker, Esq., defense counsel, who consented to the requested
adjournment of the briefing schedule.

                        Respectfully submitted,

                        DAVID N. KELLEY
                        United States Attorney
                        Southern District of New York


By: _____
      Alexander H. Southwell
      Assistant United States Attorney
      (212) 637-2417

cc:    Sean Hecker, Esq. (via facsimile)