```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :
     -v-                          :      ORDER
WILLIAM P. GENOVESE, JR.,         :      05 Cr. 04 (WHP)
          Defendant.              :
- - - - - - - - - - - - - - - - -x
```

WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on August 29, 2005;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         ~~August~~ September 9, 2005

                              WILLIAM H. PAULEY III
                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-9-2005