# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

[Stamp: DEC 01 2005 CHAMBERS OF WILLIAM H. PAULEY U.S.D.J.]

November 30, 2005

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12-6-05]

By Hand

Honorable William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

Re:   United States v. William P. Genovese, Jr.
      05 Cr. 0004 (WHP)

Dear Judge Pauley:

I write on behalf of my client, William Genovese, to request an adjournment of his sentencing, which is currently scheduled for December 9, 2005. The adjournment is requested because the defense has not completed its review of the draft Presentence Investigation Report. I have spoken with Assistant United States Attorney Alexander H. Southwell, who consents to this request on behalf of the Government. We have spoken with Your Honor's Deputy and understand that the Court has availability on January 5, 2006, at 12:30p.m. The parties propose that the defense sentencing submission will be due on December 16, 2005; the Government's submission will be due on December 29, 2005; and any reply will be filed prior to sentencing.

If this request meets with Your Honor's approval, I ask that this letter be endorsed as an Order.

Respectfully,

*Sean Hecker*
Sean Hecker
Attorney for William Genovese
Tel.: (212) 417-8737

SO ORDERED:

_____
HONORABLE WILLIAM H. PAULEY III
United States District Judge
12-1-05

cc:   A.U.S.A. Alexander H. Southwell