Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

SOUTHERN _____ District of _____ NEW YORK _____

| | |
|---|---|
| UNITED STATES OF AMERICA | Docket No. __ 05 CR. 0004 (WHP) |
| -v- | HONORABLE WILLIAM H. PAULEY |
| WILLIAM GENOVESE, Defendant. | (District Court Judge) |

Notice is hereby given that ___ the Defendant, William Genovese ___ appeals to the United States Court of Appeals for the Second Circuit from the judgment: [_____] other [_____] _____
(specify)

entered in this action on __ 1/27/06 _____ .
date

Offense occurred after November 1, 1987    Yes [ X ]   No [ ___ ]

This appeal concerns: Conviction only [ ___ ]    Sentence only [ X ]    No [ ___ ]

Date __ 1/30/06 _____
TO
Alexander Southwell, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrews Plaza
New York, NY   10007

ADD ADDITIONAL PAGE (IF NECESSARY)

_____ Barry Leiwant, Esq. _____
(Counsel for Appellant)

Address  Federal Defenders of New York, Inc.
52 Duane Street
New York, NY   10007

Telephone Number: _____ (212)417-8700 _____

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| ▶ QUESTIONNAIRE | ▶TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |

| | | |
|---|---|---|
| [ X ] I am ordering a transcript | Prepare transcript of | Dates |
| [ ___ ] I am not ordering a transcript | [ ___ ] Prepare proceedings _____ | |
| Reason | [ ___ ] Trial _____ | |
| [ ___ ] Daily copy is available | [ X ] Sentencing __ 1/27/06 _____ | |
| [ ___ ] U.S. Attorney has placed order | [ ___ ] Post-trial proceedings _____ | |
| [ ___ ] Other. Attach explanation | | |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10 (b)). ▶
Method of payment    [ ___ ]    Funds [ ___ ]    CJA Form 24 [ ___ ]

| ATTORNEY'S SIGNATURE Sean Hecker, Esq. | DATE  1/30/06 |
|---|---|

| ▶ COURT REPORTER ACKNOWLEDGMENT | To be completed by Court Reporter and forwarded to Court of Appeals. |
|---|---|

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | Date _____    Signature _____ (Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A Rev. 10/93