USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 2-2-06

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

WILLIAM P. GENOVESE, JR.

Defendant.

ORDER OF FORFEITURE
05 Cr. 04 (WHP)

WHEREAS, on or about January 3, 2005, WILLIAM P. GENOVESE, JR., ("the defendant") was charged in Indictment 05 Cr. 04 (WHP) (the "Indictment") with one count of violating 18 U.S.C. § 1832; and

WHEREAS, pursuant to a plea agreement dated August 17, 2005, the defendant pled guilty to Count One of the Indictment charging the defendant with unlawful distribution of trade secrets in violation of Title 18, United States Code, Section 1832; and

WHEREAS, the defendant admitted to the forfeiture allegation with respect to Count One of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 1834, the following:

a. one Dell laptop computer Model PP01L, Serial Number 5JXD021;
b. one HP Pavilion computer, Serial Number US91562786;
c. one Generic computer tower, labeled item 7 with scorpion logo;
d. one Linksys Wireless-G Broadband router, Serial Number CDF5-0D635390;
e. one Sony Vaio laptop computer Model PCG-5201, Win

18 SE Product Key, JCC76-Q3YBT-GPTVQ-C4R6R-6KBJJ;

f. one HP Pavilion laptop computer Model ZE1000, Serial Number TW22709013;

g. one HP Pavilion computer Model 512W, Serial Number KR22400693;

h. one AST Bravo computer Model MS-T Pro 6180, Serial Number 456AW5002253;

i. one Generic computer tower labeled item 6;

(collectively the "Forfeited Property") representing (1) any property constituting, and derived from, proceeds obtained directly and indirectly as the result of such violations; and (2) any property used, and intended to be used, in any manner and part, to commit and facilitate the commission of such violation;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. Defendant WILLIAM P. GENOVESE, JR., shall forfeit the Forfeited Property to the United States as property used, and intended to be used, in any manner and part, to commit and facilitate the commission of the offense alleged in Count one of the Indictment, pursuant to Title 18, United States Code, Section 1834.

2. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, this Order of Forfeiture is final as to the defendant, WILLIAM P. GENOVESE, JR., shall be made part of the sentence of the defendant, WILLIAM P. GENOVESE, JR., and shall be included in the judgment and conviction therewith.

3. The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R.

Crim. P. 32.2(e).

4. The Clerk of the Court shall forward four certified copies of this Order to Assistant U.S. Attorney ALEXANDER SOUTHWELL, One St. Andrew's Plaza, New York, New York 10007.

Dated: New York, New York
January 27, 2006

SO ORDERED:

HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE