| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 05 Cr. 04 (WHP) |
| **DEFENDANT** | **TYPE OF PROCESS** |
| WILLIAM P. GENOVESE, JR. | Publication |

**SERVE** ▶ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Sandy Moo, USMS

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 500 Pearl Street, New York, New York 10007

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

UNITED STATES ATTORNEY'S OFFICE
SOUTHERN DISTRICT OF NEW YORK

ONE SAINT ANDREW'S PLAZA
NEW YORK, NY 10007-1703
ATTENTION: Abigail Seda

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVER (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Server):
Fold                                                                                                                               Fold

Please publish the following notice of publication in a newspaper of general circulation for three consecutive weeks.

CATS # 05-FBI-005609          Please return to Abigail Seda, 212-637-2559

| Signature of Attorney or other Originator requesting service on behalf of: | x PLAINTIFF | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| AUSA LISA KOROLOGOS | ☐ DEFENDANT | 212-637-2406 | 6/26/06 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 54 | District to Serve No. 54 | Signature of Authorized USMS Deputy or Clerk  Sandy Moo | Date 6/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service 9/12/06  Time am/pm |
|  | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: 9/12/06 - Notice was published in the New York Journal on July 17, 24 & 31, 2006. (copy attached)

PRIOR EDITIONS MAY BE USED          ORIGINAL          FORM USM-285

U.S. ATTORNEY COPY

## STATE OF NEW YORK
### County of New York,  s.:

NOTICE OF UNITED STATES v. WILLIAM P. GENOVESE. 05 Cr. 04 (WHP) — Notice is hereby given that on June 22, 2006, in the case of United States v. WILLIAM P. GENOVESE. 05 Cr. 04 (WHP), the United States District Court for the Southern District of New York entered a Preliminary Order of Forfeiture/Final Order of Forfeiture as to Defendant William P. Genovese's Interest in Property condemning and forfeiting WILLIAM P. GENOVESE'S right, title, and Interest in the following property: a. One Dell Laptop computer Model PP01L, Serial Number 5JXD021; b. One HP Pavilion computer, Serial Number US91562786; c. One Generic computer tower, labeled Item 7 with Scorpion logo; d. One Linkaya Wireless-G Broadband router, Serial Number CDF5-OD635390; a. One Sony Vaio laptop computer Model PCG-5201, Win 18 SE Product Key, JCC76-Q3YBT-GPTVQ-C4R6R-6KBJJ; f. One HP Pavilion laptop computer Model ZE 1000. Serial Number TW22709013; g. One HP Pavilion computer Model 512W. Serial Number KR22400693; h. One AST Bravo computer Model MS-T Pro 6180. Serial Number 456AW5002253; and i. One Generic computer tower labeled item 6;

The Preliminary Order of Forfeiture having been entered on June 22, 2006, the United States hereby gives notice of its intention to dispose of the forfeited property in such a manner as the United States Marshall may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition within thirty (30) days of the final publication of this notice, which will be August 30, 2006. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

JOSEPH R. GUCCIONE
U.S. Marshal/SDNY
MICHAEL J. GARCIA
U.S. Attorney/SDNY
701757                  jy17-M jy31

Cynthia Byrd, being duly sworn, says that she is the PRINCIPAL CLERK of the Publisher of the **NEW YORK LAW JOURNAL**, a Daily Newspaper; that the Advertisement hereto annexed has been published in the said **NEW YORK LAW JOURNAL** in each week for 3 successive weeks, commencing on the 17th day of July, 2006.

TO WIT: JULY 17, 24, 31, 2006

*Cynthia Byrd*

SWORN TO BEFORE ME, this 31st day
Of July, 2005.

Jennifer Hannafey
Notary Public, State of New York
No. 01ha6128042
Qualified in Richmond County
Commission Expires June 09, 2009

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————————

UNITED STATES OF AMERICA,

    Plaintiff,

     - v -

WILLIAM P. GENOVESE, JR.

                         Defendants- in-rem.

———————————————————————————————————

## NOTICE OF PUBLICATION
## 05 Cr. 04 (WHP)

———————————————————————————————————

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for the United States of America
One St. Andrew's Plaza
New York, New York  10007
(212) 637-2406

                                        LISA KOROLOGOS
                                        **Assistant United States Attorney**
                                         **-Of Counsel-**