UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,                      :

        -against-                                            :                    05 Cr. 00004 (WHP)

WILLIAM GENOVESE,                                    :                    ORDER

                Defendant.                       :
-------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____              │
│ DATE FILED:  1/21/10             │
└─────────────────────────────────┘
```

WILLIAM H. PAULEY III, United States District Judge:

        This Court received the attached application from the defendant.  The

Government is directed to respond by February 5, 2010.

Dated: New York, New York
       January 20, 2010

                                SO ORDERED:

                                 WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of record:*

Steve Kwok.
U.S. Attorney's Office, SDNY
One St. Andrew's Plaza
New York, NY 10007
*Counsel for Government*

*Copy mailed to:*

William Genovese
1001 Old Colony Road 7-3
Meriden, CT 06451

December 21, 2009


TO:    The Honorable William H. Pauley III
        500 Pearl Street
        Room 230
        New York, New York 10007-1312

RE:    GENOVESE, William P. Jr.
        Case NO: 05 Cr. 0004 (WHP)
        Exp. Date: January 4, 2011

RECEIVED
JAN - 8 2010
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.

## REQUEST FOR EARLY TERMINATION OF SUPERVISED RELEASE

Please accept the attached *pro se* motion for early termination of supervised release.

It is my understanding that the US Probation Office in New Haven, CT, which has actively monitored my supervision since my release from prison, will not oppose.

Respectfully submitted,

William P. Genovese Jr.

CC:    Paul Collette
        Senior US Probation Officer

## MOTION TO TERMINATE SUPERVISED RELEASE AND SUPPORTING MEMORANDUM

The undersigned, respectfully requests that the Court terminate his supervised release pursuant to Rule 32.1(b) of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3583(e).

In support of this Motion, Mr. Genovese shows the court:

1. The statute governing early termination of supervised release, 18 U.S.C. § 3583(e), provides that the court may terminate a term of supervised release "and discharge the defendant released at any time after the expiration of one year of supervised release, ... if it is satisfied that such action is warranted by the conduct of the defendant released and in the interest of justice."

2. On January 4, 2008, Mr. Genovese began a three-year term of supervised release under the supervision of the United States District Court for the Southern District of New York, after having served a 24 month sentence of incarceration.

3. It appears that since release from halfway house on January 4, 2008, Mr. Genovese has fulfilled all the conditions of his supervised release. He presently has gainful employment as an inventory clerk, where he has worked for two years. He has undergone the required drug tests, all which indicate negative results. He has maintained his own apartment at 1001 Old Colony Rd, Meriden, CT for over six and a half years. Mr. Genovese continues to submit his monthly reports in a timely manner.

4. Mr. Genovese, has contacted his supervising U.S. Probation Officer, Mr. Paul Collette, and advised him of the filing this motion, and is serving Mr. Collette with a courtesy copy of the motion by facsimile. Mr. Collette has noted that he is not opposed to Mr. Genovese being released early.

5. Mr. Genovese has proven that he meets the criteria for early termination of supervised based on his good conduct under 18 U.S.C. § 3583(e).

WHEREFORE, it is respectfully requested that, in the interests of justice, the Court grant Mr. Genovese's Motion for Early Termination of his supervised release pursuant to 18 U.S.C. § 3583(e), and pursuant to Rule 32.1(b).

Respectfully submitted,

William Genovese
1001 Old Colony Road 7-3
Meriden, CT 06451