UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    **Notice of Appearance**

            - v. -                  :    05 Cr. 4 (WHP)

WILLIAM P. GENOVESE, JR.,           :

                  Defendant.        :

- - - - - - - - - - - - - - - - - -x

NOTICE OF APPEARANCE OF ASSISTANT UNITED STATES ATTORNEY
CHI T. STEVE KWOK ON BEHALF OF THE UNITED STATES

        The Government respectfully submits this Notice that

the undersigned Assistant United States Attorney will now be

representing the Government in the above-referenced matter, in

lieu of Alexander H. Southwell, who was the previous Assistant

United States Attorney representing the Government.

Dated:   New York, New York
         March 2, 2010

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

            By:   /s/ Chi T. Steve Kwok
                  Chi T. Steve Kwok
                  Assistant United States Attorney
                  T: (212) 637-2415
                  F: (212) 637-0097

<u>CERTIFICATE OF SERVICE</u>

Chi T. Steve Kwok deposes and says:

That he is employed in the Office of the United States Attorney for the Southern District of New York; and

That on March 2, 2010, he caused to be served a copy of the foregoing Notice of Appearance of Assistant United States Attorney Chi T. Steve Kwok on Behalf of the United States by ECF and email on:

    Sean Hecker
    Debevoise & Plimpton, LLP (NYC)
    919 Third Avenue,31st Floor
    New York , NY 10022
    (212)909-6000
    Fax: (212)909-6836
    shecker@debevoise.com

I declare under penalty of perjury that the foregoing is true and correct.  28 U.S.C. Section 1746.


                              <u>/s/ Chi T. Steve Kwok</u>
                              Chi T. Steve Kwok


Executed on:   March 2, 2010
               New York, New York